

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-11-00763-CV

**COASTAL RESOURCES, LTD.**,
Appellant

v.

**LOS LAZOS CONSTRUCTION AND LEASE SERVICE, LLC**
and Coyote Paving & Construction, Inc.,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6,864
Honorable Jose A. Lopez, Judge Presiding

#### OPINION ON REMITTITUR

Opinion by:  Luz Elena D. Chapa, Justice

Sitting:  Karen Angelini, Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:  May 29, 2013

AFFIRMED IN PART AS MODIFIED

Appellee Los Lazos Construction and Lease Service, LLC has filed with the clerk of this court a remittitur as suggested in our original opinion dated April 24, 2013.  The trial court's judgment is modified to reflect that appellee Los Lazos Construction and Lease Service, LLC recover judgment against appellant for damages in the amount of $156,564.99.  TEX. R. APP. P.

46.3. As modified, the judgment of the trial court with regard to the damages and attorney's fees awarded to Los Lazos Construction and Lease Service, LLC is affirmed.

Luz Elena D. Chapa, Justice